# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In re:   DONALD O'NEIL LANKFORD, JR.   Case No.: 10-75253-FJS
        CONNIE JO LANKFORD
        Debtors   Chapter 13

## NOTICE OF MOTION TO DISMISS

Michael P. Cotter, Chapter 13 Trustee, has filed papers with the court to dismiss your case.  **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to dismiss your case or if you want the court to consider your views on the motion, then you and your attorney must:

## ATTEND THE HEARING SCHEDULED TO BE HELD:

at   U.S. Bankruptcy Court
COURT ROOM TWO
600 GRANBY STREET
NORFOLK, VA  23510   on January 24, 2012 at 10:30 am

If you or your attorney do not take these steps, the court may decide that you do not oppose on the motion and may enter an order granting that relief.

**MICHAEL P. COTTER, TRUSTEE**

BY  /s/ Michael P. Cotter

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion and Notice of Hearing was mailed this 15th day of December, 2011 to:

DONALD O'NEIL LANKFORD, JR.
CONNIE JO LANKFORD
3140 MARTIN JOHNSON ROAD
CHESAPEAKE, VA 23323

NEIL K WINCHESTER ESQ
HARBOUR LAW, PLC
500 E MAIN ST SUITE 1600
NORFOLK, VA 23510

/s/ Michael P. Cotter

Michael P. Cotter  VSB No. 19526
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In re:   DONALD O'NEIL LANKFORD, JR.                          Case No.: 10-75253-FJS
         CONNIE JO LANKFORD
         Debtors                                              Chapter 13

## MOTION FOR DISMISSAL

COMES NOW Michael P. Cotter, Chapter 13 Standing Trustee, who moves for dismissal of the above referenced bankruptcy matter, for failure to make payments. The Debtors are approximately 2 months in arrears of the plan payments.

For the foregoing reason, this case should be dismissed.

**MICHAEL P. COTTER, TRUSTEE**

BY  /s/ Michael P. Cotter

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion and Notice of Hearing was mailed this 15th day of December, 2011 to:

DONALD O'NEIL LANKFORD, JR.           NEIL K WINCHESTER ESQ
CONNIE JO LANKFORD                    HARBOUR LAW, PLC
3140 MARTIN JOHNSON ROAD              500 E MAIN ST SUITE 1600
CHESAPEAKE, VA 23323                  NORFOLK, VA 23510

/s/ Michael P. Cotter

Michael P. Cotter  VSB No. 19526
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000